JS-6

1  Michael Waddington (SBN 172279)
   LAW OFFICE OF MICHAEL WADDINGTON
2  9601 Wilshire Boulevard Suite 650
   Beverly Hills, California 90210
3  Telephone (3l0) 276-4100
   Facsimile (3l0) 276-4106
4  E-mail: michael@waddington-law.com

5  Attorney for Plaintiff

6  CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
   MICHAEL L. CLAESSENS, Senior Assistant City Atty. (SBN 125379)
7  DANIEL P. AGUILERA, Deputy City Atty. (SBN 108159)
   700 City Hall East
8  200 N. Main Street
   Los Angeles, CA 90012-4130
9  Tele:  (213) 978-8200
   Fax:  (213) 978-8216
10 E-mail:  daniel.aguilera@lacity.org

11 Attorneys for Defendants

12

13                 UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15

16 ERIC W. HOLYFIELD,                ) CASE NO.:   CV 08-5347 GAF (AJw)
                                     )
17              Plaintiff,           )
                                     ) **ORDER APPROVING JOINT
18     v.                            ) STIPULATION TO DISMISS THE
                                     ) THIRD CAUSE OF ACTION
19 CITY OF LOS ANGELES, LOS          ) REGARDING FREEDOM OF
   ANGELES POLICE DEPARTMENT,        ) SPEECH AND DEFENDANTS'
20 CAPTAIN JAMES CRAIG,              ) AGREEMENT TO REMAND
   individually and in his official capacity, ) ACTION TO THE LOS ANGELES
21 DEPUTY CHIEF CHARLES BECK,        ) SUPERIOR COURT**
   individually and in his official capacity, )
22 and DOES 1 through 10, inclusive, )
                                     )
23              Defendants.          )
                                     )
24 _____)

25

- 1

1  The Court has reviewed and considered the Stipulation to Dismiss the Third
2  Cause of Action Regarding Freedom of Speech and Defendants' Agreement to
3  Remand Action to the Los Angeles Superior Court and orders as follows:
4  GOOD CAUSE APPEARING, it is hereby ordered, adjudged and decreed
5  that Plaintiff Eric Holyfield (HOLYFIELD) has voluntarily dismissed his Third
6  Cause of Action brought under 42 U.S.C. §1983 for violation of HOLYFIELD's
7  Free Speech, Due Process and Fourth Amendment rights with prejudice pursuant
8  to the provisions of FRCP 41(a)(1)(A)(ii);
9  IT IS FURTHER ORDERED that HOLYFIELD'S ex parte application to
10 remand the remainder of this action, consisting of the First and Second Causes of
11 Action, to Los Angeles Superior Court, is not opposed by the DEFENDANTS.
12 IT IS FURTHER ORDERED that any remaining terms of the Stipulation
13 which are not specifically mentioned herein are APPROVED.
14 IT IS SO ORDERED.
15 DATE: March 10, 2010

_____
GARY A. FEESS
United States District Court Judge

- 2 -